ORDERED.

**Dated:  April 03, 2019**

Jerry A. Funk
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

CASE NO:  18-03839-BKC-3F7

WILLIAMS, JAMES CURRY
WILLIAMS, KIMBERLY,

Debtor.

---

ORDER SUSTAINING TRUSTEE'S OBJECTION
TO DEBTOR'S CLAIM OF EXEMPTION

THIS ORDER is entered with the consent of the Trustee and Debtors.  It is,

ORDERED:

1. Trustee's Objection to Debtor's Claim of Exemptions is sustained.

2. Debtors, James Curry and Kimberly Williams, shall turnover to the bankruptcy estate their entire 2018 Tax Refund in the amount of $6,423.00.

3. The remaining bank deposits, 9 dogs and personal property shall be assets of the debtors.

CONSENT

The Trustee and Debtors' Attorney hereby consent to the entry of the above Order.

ALEXANDER G. SMITH
Trustee, FBN: 140323
2601 University Boulevard, West
Jacksonville, FL  32217
(904) 733-2000

RAMONA S. CHAPLIN
Attorney for Debtors, FBN: 71621
4040 Woodcock Drive, Suite 232
Jacksonville, FL  32207
(904) 432-1221

Trustee Alexander G. Smith is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within 3 days of entry of the order.